**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDHI MUHAMMAD,** | ) |
| | ) |
| Plaintiff, | )   Civil Action No.: 08-457 (ESH) |
| | ) |
| v. | ) |
| | ) |
| **U.S. CUSTOMS & BORDER PROTECTION,** | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-captioned case.

Respectfully submitted,

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT