UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDHI MUHAMMAD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0457 (ESH) |
| ) | |
| **U.S. CUSTOMS & BORDER PROTECTION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant's motion for summary judgment [Dkt. # 4] is **GRANTED**, and the case is dismissed with prejudice.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 13, 2008